UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES STEWART**                                         **CIVIL ACTION**

**VERSUS**                                                  **NO. 12-2526**

**WARDEN ROBERT TANNER, ET AL.**                            **SECTION: "B"(1)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment, Rec. Doc. 9, is **GRANTED** and that plaintiff's federal claims are dismissed without prejudice, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this 11th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE